IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

JOHN W. TAYLOR IV, )
PLAINTIFF, )
)
)
)
V. ) CAUSE NO. 2:23-cv-00545-JMS-MKK
)
)
KEVIN GILMORE, ET. AL., )
DEFENDANT, )

**FILED**
11/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

VERIFIED 1983 COMPAINT

I. PARTIES

A. PLAINTIFF:

NAME: JOHN W. TAYLOR IV

IDENTIFICATION NUMBER: 167117

ADDRESS: WVCF - P.O. BOX 1111

CARLISLE, IN 47838

B. DEFENDANT(S)

NAME: KEVIN GILMORE

TITLE: DEPUTY WARDEN

ADDRESS: WVCF - P.O. BOX 1111

CARLISLE, IN 47838

NAME: RANDY VANVLEET

TITLE: HEAD OF O.I.I

ADDRESS: WVCF - P.O. BOX 1111

CARLISLE, IN 47838

2

## II. STATEMENT OF JURISDICTION & PREVIOUS LAWSUITS

JURISDICTION OVER THIS ACTION EXISTS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA BECAUSE; THE VIOLATIONS BEING LITIGATED OCCURED IN CARLISLE, IN WHICH LIES IN THIS HONORABLE COURTS JURISDICTION.

## III. CAUSE OF ACTION

GROUND 1: AS AN ACT OF DELIBERATE INDIFFERENCE TO THE PLAINTIFF'S HEALTH & SAFETY DEFENDANT GILMORE DENIED THE PLAINTIFF'S REQUEST FOR PROTECTIVE CUSTODY.

GROUND 2: THE DEFENDANT'S VIOLATED THE PLAINTIFF'S DUE PROCESS RIGHT BY ARBITRARILY CLASSIFYING THE THE PLAINTIFF APART OF A SECURITY THREAT GROUP

## IV. STATEMENT OF FACTS

SINCE OCTOBER 4TH, 2022 THE PLAINTIFF HAS FILED THREE STAT FORM 24308 "REQUEST FOR PROTECTION", EACHTIME THE DEFENDANTS DENIED THE REQUEST, EVEN GOING AS FAR AS THEN INTERFERING WITH THE PLAINTIFF'S APPEALS OF THEIR DECISONS.

ON SEPTEMBER 29TH, 2022 THE PLAINTIFF WAS ALMOST STABED BY A GROUP OF PRISONERS, DUE TO BEING LABLED A SNITCH BY CUSTODY OFFICERS IN HIS UNIT. THE OFFICERS DID THIS TO RETALIATE AGAINS

3

THE PLAINTIFF FOR FILING COMPLAINTS ABOUT MISCONDUCT & THE CONDITIONS OF HIS CONFINEMENT. SINCE FILING HIS FIRST REQUEST FOR PROTECTION ON OCTOBER 4TH, 2022, THE PLAINTIFF HAS BEEN HARASSED & RETALIATED AGAINST BY WVCF OFFICALS FOR NAMING THE OFFICERS THAT LABELED HIM A SNITCH.

ON MARCH 8TH, 2023 THE PLAINTIFF FILED HIS 2ND REQUEST FOR PROTECTION, SEEKING PROTECTIVE CUSTODY HOUSING. DUE TO A HIT BEING PUT ON HIM BY OTHER PRISONERS, FOR ALLEGEDLY WORKING FOR O.I.I. (OFFICE OF INVESTIGATION & INTELLIGENCE), WHICH IS FALSE & ANOTHER RUMOR STARTED & SPREAD BY WVCF OFFICALS FOR THE PLAINTIFF FILING GRIEVANCES, & APPEALS ON THE CONDITIONS OF HIS CONFINEMENT. ON MAY 25TH, 2023 DEFENDANT GILMORE DENIED THE PLAINTIFF'S 2ND REQUEST & THE PLAINTIFF APPEALED HIS DECISION ON JULY 19TH, 2023 DEFENDANT GILMORE INTERFERED WITH THAT APPEAL & RESPONDED TO THE APPEAL THAT WAS AGAINST HIM, VIOLATING THE PLAINTIFF'S DUE PROCESS.

ON NOVEMBER 1ST, 2023 THE PLAINTIFF FILED A 3RD REQUEST FOR PROTECTION, ATTEMPTING TO EXHAUST EVERY REMEDY, BUT TO NO AVAIL. WVCF OFFICALS AGAIN DENIED THE PLAINTIFF'S REQUEST, ONLY STATEING THEY WERE GOING TO TRANSFER THE PLAINTIFF TO ANOTHER LEVEL 4 FACILITY.

TO PUSH THE TRANSFER THROUGH GILMORE & VANVLEET ARBITRAILY FLAGED THE PLAINTIFF S.T.G. (GANG MEMBER) & PUT HIM IN FOR A TRANSFER TO A FACILITY THAT IS WAY MORE VIOLENT THEN WHERE THE PLAINTIFF IS CURRENTLY HOUSED. THE PLAINTIFF

4

IS NOT GANG-AFFILIATED & HAS BEEN IN PRISON 12 YEARS & NEVER BEEN CLASSIFIED STG. NOW AFTER THE PLAINTIFF HAS FILED GRIEVANCES, APPEALS, & 1983 COMPLAINTS ABOUT THE MISCONDUCT IN WVCF & THE UNCONSTITUTIONAL CONDITIONS OF HIS CONFINEMENT THE DEFENDANTS WANT TO LABEL THE PLAINTIFF STG & TRANSFER HIM TO A FACILITY THAT GANGS HAVE A HIT ON HIM AT.

WHEN A PRISON FAILS TO PROTECT A PRISONER FROM A SERIOUS RISK OF HARM, HE CAN CLAIM ADMINISTRATIVE RELIEF OR AN INJUNCTION EVEN BEFORE HE IS HARMED. A PRISONER NEED NOT WAIT UNTILL HE IS ACTUALLY ASSAULTED BEFORE OBTAINING RELIEF.

THE PLAINTIFF HAS SOUGHT EVERY ADMINISTRATIVE RELIEF AVENUE AT HIS DISPOSAL. EVEN GOING AS FAR AS SENDING THE IDOC COMMISSIONER A REQUEST FOR PROTECTION BY CERTIFIED FIRST-CLASS POSTAGE. ALL HIS REQUEST & APPEALS HAVE BEEN DENIED OR IGNORED. THE PLAINTIFF IS NOT GOING TO KNOWINGLY GO INTO A SITUATION THAT HE KNOWS HE'S GOING TO GET STABBED. THE DEFENDANTS KNOW THIS THREAT IS REAL, BUT DUE TO THEIR DISDAIN FOR THE PLAINTIFF THEY ARE WILLING TO ACT WITH DELIBERATE INDIFFERENCE TO THE PLAINTIFF'S HEALTH & SAFETY & PUT HIM IN A SITUATION TO BE ASSAULTED, STABBED, OR WORSE.

## V. RELIEF

THE PLAINTIFF IS SEEKING DECLARATORY RELIEF, ORDERING THE DEFENDANTS TO GRANT THE PLAINTIFF PROTECTIVE CUSTODY STATUS & MOVE HIM TO PROTECTIVE CUSTODY HOUSING; CURRENTLY THE PLAINTIFF IS BEING HOUSED IN A DISCIPLINARY SEGREGATION UNIT PENDING TRANSFER. FOR THE STG LABEL TO BE REMOVED OFF THE PLAINTIFF'S NAME, & FOR THE DEFENDANT'S TO PAY THE FILING FEE IN THIS ACTION.

### AFFIRMATION OF PLAINTIFF

I, THE PLAINTIFF IN THE AFOREMENTIONED CAUSE, DO AFFIR THAT I HAVE READ ALL OF THE STATEMENTS CONTAINED IN THIS COMPLAINT & THAT I BELIEVE TO BE TRUE & CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE & BELIEF.

SIGNED THIS __29TH__ DAY OF __NOVEMBER__, 2023

X _John Taylor_
JOHN TAYLOR IV, PLAINTIFF

6