UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOHN W. TAYLOR, IV, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00545-JMS-MKK |
| | ) |
| KEVIN GILMORE Deputy Warden, | ) |
| RANDY VANVLEET, | ) |
| | ) |
| Defendants. | ) |

**Order Granting Motion to Voluntarily Withdraw**

Plaintiff John Taylor, IV, filed a motion to amend his complaint as moot, which this Court construes to be a motion to voluntarily withdraw this action. This motion, dkt. [16], is **granted** to the extent that it is **effective** as a notice of dismissal pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. No final judgment is required under these circumstances.

The clerk is **directed** to close this action on the docket.

IT IS SO ORDERED.

Date: 3/28/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JOHN W. TAYLOR, IV
167117
MIAMI - CF
MIAMI CORRECTIONAL FACILITY
Electronic Service Participant – Court Only